UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 223 PENSION FUND; TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 223 DEFERRED INCOME FUND; TRUSTEES OF THE NEW ENGLAND ELECTRICAL WORKERS BENEFITS FUND; TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND; TRUSTEES OF THE BROCKTON ELECTRICIANS JOINT APPRENTICESHIP AND TRAINING TRUST FUND; TRUSTEES OF THE SOUTHEASTERN MASSACHUSETTS ELECTRICAL LABOR MANAGEMENT FUND; TRUSTEES OF THE LOCAL LABOR-MANAGEMENT COOPERATION COMMITTEE; and DANIEL NAPPI, as he is Administrator, ADMINISTRATIVE MAINTENANCE FUND,<br>　　　Plaintiffs,<br><br>　　　v.<br><br>CAVALLO-CAVALLO, INC. d/b/a BEAUMONT SOLAR COMPANY,<br>　　　Defendant,<br><br>　　　and<br><br>BANK FIVE and SANTANDER BANK N.A.,<br>　　　Trustees. | C.A. No. 19-CV-10349-GAO |

## **JUDGMENT**

This matter, having come before the Court on the parties' Joint Motion for Entry of Judgment and Agreement for Judgment, and upon consideration of the motion, it is hereby ORDERED, ADJUDGED AND DECREED that:

Judgment shall enter in favor of the Plaintiffs, Trustees of the of the International Brotherhood of Electrical Workers Local 223 Pension Fund, *et al*., and against Defendant

Cavallo-Cavallo, Inc. d/b/a Beaumont Solar Company in the amount of $208,646.77, with post-judgment interest as provided by law.

SO ORDERED.

/s/ George A. O'Toole, Jr.
The Honorable George A. O'Toole
Justice of the United States District Court

Dated: 05/22/2019

Note: The post-judgment interest rate effective this date is 2.39 %.

2